# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TITUS HENDERSON and PATRICK STEARNS,

    Petitioners,

    v.

RICK RAEMISCH, PETER HUIBREGTSE, MARK HEISE, KEVIN KALLAS, JOHN BETT, KATHRYN ANDERSON, HELEN KENNEBECK, TOM GOZINKI, WELCOME ROSE, JOHN & JANE DOES, MONICA HORNER, GARY BOUGHTON, DAVID GARDNER, VICKI SEBASTIAN, ROBERT HABLE, SARAH MASON, BRIAN KOOL, LESLIE ROWN, CAPT. JENNIFER GERL, CAPT. GILBERGE, SGT. ROBINSON, THOMAS TAYLOR, MATTHEW SCULLION, DANA ESSER, SGT. COOK, CAPT. SHARPE, CO II WETTER, CO CAYA, JOANI SHANNON-SHARPE, DR. RUBIN-ASCH, DR. STACEY HOEM, TRISHA LANSING, SGT. KUSSMAUL, SGT. STOHELSON, CO HULCE, J. HUIBREGTSE, DANIEL LEFFLER, TRACEY GERBER and SGT. SICKINGER,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-390-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
Joel Turner, Acting Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____10/23/08_____
Date