IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

RICK RAEMISCH, PETER HUIBREGTSE,
MARK HEISE, KEVIN KALLAS, JOHN BETT,
KATHRYN ANDERSON, HELEN KENNEBECK,
TOM GOZINKI, WELCOME ROSE,
MONICA HORNER, GARY BOUGHTON,
DAVID GARDNER, VICKI SEBASTIAN,
ROBERT HABLE, SARAH MASON,
BRIAN KOOL, LESLIE ROWN,
CAPT. JENNIFER GERL, CAPT. GILBERGE,
SGT. ROBINSON, THOMAS TAYLOR,
MATTHEW SCULLION, DANA ESSER,
SGT. COOK, CAPT. SHARPE, CO II WETTER,
CO CAYA, JOANI SHANNON-SHARPE,
DR. RUBIN-ASCH, DR. STACEY HOEM,
TRISHA LANSING, SGT. KUSSMAUL,
SGT. STOHELSON, CO HULCE,
J. HUIBREGTSE, DANIEL LEFFLER,
TRACEY GERBER and SGT. SICKINGER,

    Defendants.

JUDGMENT IN A CIVIL CASE

08-cv-390-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Titus Henderson's failure to prosecute.

_____
Peter Oppeneer, Clerk of Court

12/8/11
Date